| | |
|---|---|
| James A. Hennefer (SBN 059490)<br>HENNEFER, FINLEY & WOOD, LLP<br>425 California Street, 19th Floor<br>San Francisco, CA 94104-2296<br>Telephone: (415) 421-6100<br>Facsimile: (415) 421-1815<br>jhennefer@hennefer-wood.com<br><br>Counsel for Plaintiff Mohamed Poonja,<br>Chapter 7 Trustee for San Jose Airport<br>Hotel, LLC, dba Holiday Inn San Jose | Harry I. Price, Esq. (SBN 077817)<br>Matthew E. Coleman, Esq. (SBN 187264)<br>PRICE LAW FIRM<br>40 Main Street<br>Los Altos, California 94022<br>Telephone: (650) 949-0840<br>Facsimile: (650) 949-0644<br>harry@priceslaw.com<br><br>Attorneys for Defendants,<br>Infinity HI, LLC, Global Enterprises, LLC<br>Ramini International, LLC, 2720 Uridias<br>Ranch, LLC, Ajay P. Shingal and<br>Myra Shingal |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**IT IS SO ORDERED**
[signature]
Judge Edward J. Davila
2/14/2014

| | |
|---|---|
| In re:<br>SAN JOSE AIRPORT HOTEL, LLC, dba<br>HOLIDAY INN SAN JOSE,<br><br>MOHAMED POONJA, Chapter 7 Trustee for<br>SAN JOSE AIRPORT HOTEL, LLC, dba<br>HOLIDAY INN SAN JOSE, Debtor, and<br>MOBEDSHAHI HOTEL GROUP, Debtor,<br><br>            Plaintiffs,<br><br>vs.<br><br>INFINITY HI, LLC, a California limited liability company; GLOBAL 360 ENTERPRISES, LLC, a California limited liability company; RAMINI INTERNATIONAL, LLC, a California limited liability company; 2720 URIDIAS RANCH, LLC, a California limited liability company; AJAY P. SHINGAL, an individual; and MIRA SHINGAL, a/k/a Myra Shingal and Myra Trypathi, an individual<br><br>            Defendants. | Case No. 12-CV-01066-EJD<br><br>Bankruptcy Case No. 09-51045-SLJ<br>Chapter 7<br>(Jointly Administered with<br>    Case No. 09-51073-SLJ )<br><br>STIPULATION OF DISMISSAL<br>(CONDITIONAL)<br><br>Fed.R.Civ.P. 41(a)(1)<br><br><br><br>Judge: Honorable Edward J. Davila |

STIPULATION OF DISMISSAL (CONDITIONAL)               *Poonja v. Infinity HI, LLC.*
                                                     Case No. 12-CV-01066-EJD

1  IT IS HEREBY STIPULATED by and between the parties to this action through their counsel of record in ths action that

1. The above-captioned action be and hereby is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1); and

2. On or before June 10, 2014, plaintiff may inform the court that the terms of the Settlement and Mutual Release Agreement have not been performed and settlement was not completed and may request that the dismissal be vacated and the case be restored to the active calendar.

3. The Clerk shall close this file.

Dated: February 11, 2014                HENNEFER, FINLEY & WOOD, LLP

By:    /s/ James A. Hennefer
      James A. Hennefer
      Attorneys for Plaintiff

Dated: February 1, 2014                PRICE LAW FIRM

By:    /s/ Harry I. Price
      Harry I. Price, Esq.
      Attorneys for Defendants

FILER'S ATTESTATION

I, James A. Hennefer, hereby attest that concurrence in the filing of this Stipulation of Dismissal has been obtained from each of the other signatories listed above, each of whom authorizes me to affix their electronic signature to this Joint Preliminary Pretrial Conference Statement

Dated: February 11, 2014

                            Respectfully submitted,

                            HENNEFER, FINLEY & WOOD, LLP


                            By:     /s/ James A. Hennefer

                                James A. Hennefer
                                Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 and am not a party to the within action. My business address is 425 California Street, 19th Floor, San Francisco, California, 94104.

On February 11, 2014, I served __ the original  X  a copy of the below-listed document(s) described as:

STIPULATION OF DISMISSAL (CONDITIONAL)

_____ (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

__X__ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California, addressed to the person(s) on whom it is to be served, as set forth below, or as stated on the attached service list.

_____ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s) set forth below, or as stated on the attached service list.

_____ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served, as set forth below, or as stated on the attached service list.

_____ (BY E-MAIL) by transmitting via electronic mail the document(s) listed above to the e-mail address(es) set forth below, or as stated on the attached service list, on this date.

Harry Isaac Price
Matthew E. Coleman
Price Law Firm
40 Main Street
Los Altos, California  94022- 1409

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 11th day of February at San Francisco, California.

/s/ Irene Alvarenga
Irene Alverenga

STIPULATION OF DISMISSAL (CONDITIONAL)     *Poonja v. Infinity HI, LLC.*
Case No. 12-CV-01066-EJD