| | |
|---|---|
| James A. Hennefer (SBN 059490)<br>HENNEFER, FINLEY & WOOD, LLP<br>425 California Street, 19th Floor<br>San Francisco, CA 94104-2296<br>Telephone: (415) 421-6100<br>Facsimile: (415) 421-1815<br>jhennefer@hennefer-wood.com<br><br>Counsel for Plaintiff Mohamed Poonja,<br>Chapter 7 Trustee for San Jose Airport<br>Hotel, LLC, dba Holiday Inn San Jose | Harry I. Price, Esq. (SBN 077817)<br>Matthew E. Coleman, Esq. (SBN 187264)<br>PRICE LAW FIRM<br>40 Main Street<br>Los Altos, California 94022<br>Telephone: (650) 949-0840<br>Facsimile: (650) 949-0644<br>harry@priceslaw.com<br><br>Attorneys for Defendants,<br>Infinity HI, LLC, Global Enterprises, LLC<br>Ramini International, LLC, 2720 Uridias<br>Ranch, LLC, Ajay P. Shingal and<br>Myra Shingal |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br>SAN JOSE AIRPORT HOTEL, LLC, dba<br>HOLIDAY INN SAN JOSE,<br><br>MOHAMED POONJA, Chapter 7 Trustee for<br>SAN JOSE AIRPORT HOTEL, LLC, dba<br>HOLIDAY INN SAN JOSE, Debtor, and<br>MOBEDSHAHI HOTEL GROUP, Debtor,<br><br>Plaintiffs,<br><br>vs.<br><br>INFINITY HI, LLC, a California limited<br>liability company; GLOBAL 360<br>ENTERPRISES, LLC, a California limited<br>liability company; RAMINI<br>INTERNATIONAL, LLC, a California<br>limited liability company; 2720 URIDIAS<br>RANCH, LLC, a California limited liability<br>company; AJAY P. SHINGAL, an individual;<br>and MIRA SHINGAL, a/k/a Myra Shingal and<br>Myra Trypathi, an individual<br><br>Defendants. | Case No. 12-CV-01066-EJD<br><br>Bankruptcy Case No. 09-51045-SLJ<br>Chapter 7<br>(Jointly Administered with<br>Case No. 09-51073-SLJ )<br><br>STIPULATION FOR<br>DISMISSAL WITH PREJUDICE<br><br>Fed.R.Civ.P. 41(a)(1)(A)(ii)<br><br><br><br>Judge: Honorable Edward J. Davila |

STIPULATION FOR
DISMISSAL WITH PREJUDICE

*Poonja v. Infinity HI, LLC.*
Case No. 12-CV-01066-EJD

IT IS HEREBY STIPULATED by and between all parties to this action through their counsel of record that:

1. The above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: June 16, 2014     HENNEFER, FINLEY & WOOD, LLP

By: /s/ James A. Hennefer
James A. Hennefer
Attorneys for Plaintiff

Dated: June 16, 2014     PRICE LAW FIRM

By: /s/ Harry I. Price
Harry I. Price, Esq.
Attorneys for Defendants

IT IS SO ORDERED
Judge Edward J. Davila
6/18/2014

STIPULATION FOR
DISMISSAL WITH PREJUDICE

*Poonja v. Infinity HI, LLC.*
Case No. 12-CV-01066-EJD

-1-

FILER'S ATTESTATION

I, James A. Hennefer, hereby attest that concurrence in the filing of this Stipulation of Dismissal has been obtained from each of the other signatories listed above, each of whom authorizes me to affix their electronic signature to this Stipulation for Dismissal with Prejudice.

Dated: June 16, 2014

                                      Respectfully submitted,

                                      HENNEFER, FINLEY & WOOD, LLP


                                      By:     /s/ James A. Hennefer

                                                James A. Hennefer
                                                Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 and am not a party to the within action. My business address is 425 California Street, 19th Floor, San Francisco, California, 94104.

On June 16, 2014, I served ___ the original  _X_  a copy of the below-listed document(s) described as:

STIPULATION FOR DISMISSAL WITH PREJUDICE

_____ (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

__X__ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California, addressed to the person(s) on whom it is to be served, as set forth below, or as stated on the attached service list.

_____ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s) set forth below, or as stated on the attached service list.

_____ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served, as set forth below, or as stated on the attached service list.

_____ (BY E-MAIL) by transmitting via electronic mail the document(s) listed above to the e-mail address(es) set forth below, or as stated on the attached service list, on this date.

Harry Isaac Price  
Matthew E. Coleman  
Price Law Firm  
40 Main Street  
Los Altos, California  94022- 1409

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 16th day of June at San Francisco, California.

/s/ Irene Alvarenga  
Irene Alverenga

STIPULATION OF DISMISSAL (CONDITIONAL)                          *Poonja v. Infinity HI, LLC.*  
                                                                 Case No. 12-CV-01066-EJD